Douglas A. Plazak, State Bar No. 181709
dplazak@rhlaw.com
Marie E. Wood, State Bar No. 270309
mwood@rhlaw.com
REID & HELLYER APC
3685 Main Street, Suite 300
Riverside, California 92501
Telephone: (951) 682-1771
Facsimile: (951) 686-2415

Attorneys for Defendant
Pro Custom Solar, LLC dba Momentum Solar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRO CUSTOM SOLAR, LLC dba MOMENTUM SOLAR, a New Jersey limited liability corporation,<br><br>Defendants. | Case No. 5:20-cv-01968 JAK (KKx)<br><br>Judge: Honorable John A. Kronstadt<br><br>**JOINT STIPULATION TO STAY CASE IN ITS ENTIRETY PENDING ISSUANCE OF RULING IN THE PROCEEDING BEFORE THE U.S. SUPREME COURT ENTITLED FACEBOOK, INC. v. NOAH DUGUID, DOCKET No. 19-511** |

Plaintiff, Mark Anthony ("Plaintiff") and Defendant, Pro Custom Solar, LLC dba Momentum Solar ("Defendant") hereby jointly request that this Court stay all litigation in this case, including any responsive pleading that is due to the complaint, until a ruling is issued in the matter currently pending before the US Supreme Court entitled *Facebook, Inc., v. Noah Duguid,*, Docket 19-511.

Currently pending before the United States Supreme Court is the matter entitled *Facebook, Inc., v. Noah Duguid,*, Docket 19-511, which is currently set for hearing on December 8, 2020. At issue in that case is whether the definition of an "automatic telephone dialing system" in the Telephone Consumer Protection Act of 1991 encompasses any device that can "store" and "automatically dial" telephone numbers, even if the device does not "use a random or sequential number generator.

The parties hereto agree and contend that the issues in *Facebook, Inc., v. Noah Duguid,*, Docket 19-511,and any ruling issued by the United States Supreme Court will and shall have a direct effect on the matter herein.

"The Court's authority to stay a proceeding is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."' *Quinn-White v. Novartis Pharm. Corp.,* No. 16-cv-4300-PSG (AGRx), 2016 WL 11519285, at *2 (C.D. Cal. Oct. 7, 2016) (quoting *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936)). "The Court, Therefore, may find it efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Garcia v. Hollister Co.,* No. 16-cv-154-JGB (AGRx), 2016 WL 10988791, at *2 (C.D. Cal. Aug. 2, 2016) (quotation marks and ellipses omitted). "Th[is] rule applies to judicial proceedings and does not require the issues of such proceedings [to] be necessarily controlling of the action before the Court." *Id.*

Accordingly, the parties stipulate and request the Court stay this matter in its entirely pending the United States Supreme Court's issuance of its ruling in

*Facebook, Inc., v. Noah Duguid,*, Docket 19-511.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 24, 2020          REID & HELLYER, APC

By: /s/ *Douglas A. Plazak*
Douglas Plazak, Attorney for Defendant, Pro Custom Solar, LLC dba Momentum Solar

DATED: November 24, 2020          THE LAW OFFICE OF JEFFREY E. LOHMAN, P.C.

By: /s/ *Jeremy E. Branch*
Jeremy E. Branch, Attorney for Plaintiff, Mark Anthony

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jeremy E. Branch, counsel for Plaintiff, and that I have obtained Mr. Branch's authorization to affix his electronic signature to this document.

By: /s/ *Douglas A. Plazak*

**REID & HELLYER APC**
3685 MAIN STREET, SUITE 300
RIVERSIDE, CALIFORNIA 92501
TELEPHONE (951) 682-1771

# CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 24, 2020.

By: /s/ *Douglas A. Plazak*