UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 20-1968-JAK (KKx)** | Date | June 16, 2022 |
| Title | *Mark Anthony v. Pro Custom Solar, LLC* | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER for All Parties and Their Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statements and VACATING the June 22, 2022 Settlement Conference**

On February 14, 2022, this matter was referred to the assigned Magistrate Judge for a settlement conference to be completed no later than July 15, 2022. ECF Docket No. ("Dkt.") 31. On February 18, 2022, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for June 23, 2022, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference. Dkt. 33. On June 3, 2022, the settlement conference was rescheduled to June 22, 2022. Dkt. 41.

The parties' confidential settlement briefs were, thus, due on June 14, 2022. On June 16, 2022, Defendant Pro Custom Solar, LLC ("Defendant") submitted a confidential settlement brief. The Court, however, still has not received a Confidential Settlement Conference Statement from Plaintiff.

The Court, therefore, ORDERS Plaintiff March Anthony; Plaintiff's counsel Jeremy Branch of the Law Offices of Jeffrey Lohman PC; Defendant; and Defendant's counsel Marie Wood and Douglas Plazak of Reid and Hellyer APC and Thomas Cotton of Schenck, Price, Smith and King to show cause why they should not be sanctioned in the amount of $500 each for their failure to comply with the Court's order. Accordingly, the settlement conference scheduled for June 22, 2022 is hereby VACATED and Plaintiff, Defendant, and their counsel shall respond in writing to this Order to Show Cause no later than **Wednesday, June 22, 2022**.

**IT IS SO ORDERED.**

cc: Honorable John A. Kronstadt