UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV20-01968 JAK (KKx) | Date | June 21, 2022 |
|---|---|---|---|
| Title | Mark Anthony v. Pro Custom Solar, LLC | | |

Present: The Honorable     JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| T. Jackson-Terrell | Jean Kim |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy Branch (video) | Thomas Cotton (video) |
| | Douglas Plazak (video) |

**Proceedings:**     **DEFENDANT PRO CUSTOM SOLAR LLC'S MOTION TO DISMISS, IN PART, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (DKT. 34)**

The motion hearing is held via Zoom Webinar. Counsel all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court expresses its tentative views regarding Defendant Pro Custom Solar LLC's Motion to Dismiss, in Part, For Failure to State a Claim Upon Which Relief Can Be Granted at Dkt. 34 (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

_____ : ___21___

Initials of Preparer     TJ