UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV20-01968 JAK (KKx) | Date | May 8, 2023 |
|---|---|---|---|
| Title | Mark Anthony v. Pro Custom Solar, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Holidae Crawford | Suzzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy Branch | Douglas Plazak |

**Proceedings:**     **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO COUNT II [68]**

The motion hearing is held. The Court states its tentative views regarding Plaintiff's Motion for Partial Summary Judgment as to Count II (the "Motion"). Counsel addresses the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court inquires whether a further settlement conference would be productive at this time. On or before May 15, 2023, the parties shall file a joint report stating their collective and/or respective positions regarding whether it would be productive to engage in further settlement discussions, and whether such discussions would be more productive before or after a ruling issues on the Motion. The joint report shall also state the proposed process for any such discussions and the date by which they would be completed.

**IT IS SO ORDERED.**

  :   35

Initials of Preparer   hc