

**THOMAS J. COTTON**
*Admitted in NJ & NY*

Direct Line: 973-540-7333
Email: tjc@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

June 15, 2023

**Via ECF**
Hon. John A. Kronstadt, U.S.D.J.
Courtroom 10B
First Street Courthouse
350 W. First Street
Los Angeles, CA 90012

      Re:    **Anthony v. Pro Custom Solar, LLC**
               **Case No. 5:20-cv-1968**
               **Our File No. 28369-71**
               *Notice of Settlement*

Dear Judge Kronstadt:

      This firm represents defendant Pro Custom Solar, LLC d/b/a Momentum Solar in the above-referenced matter.

      The parties are pleased to report that they have agreed in principle to a settlement. The parties expect to soon negotiate a formal agreement, which will finalize the settlement terms, at which time the parties will submit a dismissal stipulation.

                                            Respectfully submitted,

                                            SCHENCK, PRICE, SMITH & KING, LLP

                                            s/ Thomas J. Cotton, Esq.
                                            Thomas J. Cotton, Esq.

TJC/s
cc (via ECF):
All counsel of record