# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRO CUSTOM SOLAR, LLC dba MOMENTUM SOLAR, a New Jersey limited liability company,<br><br>Defendants. | No. 5:20-cv-01968-JAK (KKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 80)**<br><br>**JS-6** |

1  Based on a review of the Stipulation of Dismissal with Prejudice (the
2  "Stipulation" (Dkt. 80)), sufficient good cause has been shown for the requested relief.
3  Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with
4  prejudice. The Court expressly retains jurisdiction to enforce the settlement agreement
5  between the parties.

6

7  **IT IS SO ORDERED.**

8

9  Dated: July 20, 2023     _____
10                          John A. Kronstadt
11                          United States District Judge